James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jamieshelton66@yahoo.com

Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON | No. 2:17-cv-02620 |
| Plaintiff | |
| v. | Honorable Timothy J. Savage |
| ICAPITAL CASH INC., et. al | |
| Defendants | |

FILED
AUG 25 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JAMES EVERETT SHELTON hereby dismisses this action with prejudice with respect to all Defendants.

*James E Shelton*
James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jamieshelton66@yahoo.com

Plaintiff